UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 1 8 2012
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 12-2043 MK |
| v. | ) | |
| | ) | |
| | ) | |
| TERRANCE LUNSFORD | ) | |

## MOTION TO UNSEAL THE COMPLAINT/ AFFIDAVIT/ ARREST WARRANT

Comes now the United States and requests the complaint, affidavit and arrest warrant in this case be unsealed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

SO ORDERED:

JOE B. BROWN
United States Magistrate Judge