UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00084 |
| ) | JUDGE SHARP |
| TERRANCE LUNSFORD ) | |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, February 20, 2013, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE